CAROTHERS DiSANTE &
FREUDENBERGER LLP

1205368.1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ARVIN PELIAS, <br><br>        Plaintiff, <br>  vs. <br><br>DAVITA HEALTHCARE PARTNERS INC., a Delaware Corporation, TOTAL RENAL CARE, INC., a California Corporation, and DOES 1 through 20, <br><br>        Defendant. | Case No. 5:16-cv-1423 <br><br>**ORDER RE: STIPULATION DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE** |

# ORDER

By request and stipulation by the Parties, it is hereby ordered that Plaintiff Arvin Pelias' Complaint is dismissed with prejudice. It is further ordered that Counterclaimant DaVita, Inc.'s (formerly known as DaVita Healthcare Partners, Inc.) and Renal Treatment Centers - California, Inc.'s (erroneously sued as Total Renal Care, Inc.) Counterclaim is dismissed with prejudice.

Dated: April 18, 2017

HONORABLE JESUS G. BERNAL
United States District Court Judge

CAROTHERS DiSANTE & FREUDENBERGER LLP

1205368.1